IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TRACY DARNELL MOORE                                                PETITIONER

vs.                                              Civil Action No. 4:08-cv-17 HTW-LRA

JACQUELYN BANKS, ET AL.                                          RESPONDENTS

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby grants respondents' motion to dismiss and dismisses the Petition for Writ of Habeas Corpus with prejudice. The above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED, this the 24th day of March, 2009.**

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE